# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

### EASTERN DIVISION

LAWRENCE D. BALL,          )
         Plaintiff,       )
                        )
v.                        )
                        )
                        )    **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE,      )    **CASE NO. 4:10-CV-30-D**
*Commissioner of the Social*    )
*Security Administration,*      )
         Defendant.    )

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, and the decision of the Commissioner denying benefits is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, <u>**MARCH 10, 2011**</u> WITH A COPY  TO:

Kimberly Dianne Blackwell (via CM/ECF Notice of Electronic Filing)

Jay C. Hinsley (via CM/ECF Notice of Electronic Filing)


<u>March 10, 2011</u>                  DENNIS P. IAVARONE, Clerk
Date                         Eastern District of North Carolina

                                  <u>/s/Debby Sawyer</u>
                                    (By) Deputy Clerk

Raleigh, North Carolina